Thomas P. Riley
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
CA SBN No. 194706
Fax: 626-799-9795
TPRLAW@att.net
Tel: 626-799-9797

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| G & G Closed Circuit Events, LLC, | Case No.: |
|---|---|
| Plaintiff, | |
| vs. | CERTIFICATION AS TO INTERESTED PARTIES |
| Ryan Earl Moore, individually and d/b/a Crowleys Tavern and CYH Entertainment, an unknown business entity d/b/a Crowleys Tavern, | |
| Defendants. | |

      The undersigned, counsel of record for Plaintiff, G &G Closed Circuit Events LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.

      These representations are made to enable the Court to evaluate possible disqualification or recusal.

Page 1

**PARTIES**

***Plaintiff,*** *G & G Closed Circuit Events, LLC*

c/o Law Offices of Thomas P. Riley, P.C.

Attention: Thomas P. Riley

First Library Square

1114 Fremont Avenue

South Pasadena, CA 91030-3227

Telephone: (626) 799-9797

Facsimile: (626) 799-9795

***Defendant,*** Ryan Earl Moore, individually and d/b/a Crowleys Tavern

3812 Pierce St Ste M & N

Riverside, CA 92503

***Defendant,*** CYH Entertainment, an unknown business entity d/b/a Crowleys Tavern

3812 Pierce St Ste M & N

Riverside, CA 92503

Dated: June 26, 2025

*/s/ Thomas P. Riley*_____
LAW OFFICE OF THOMAS P. RILEY, P.C.

By: Thomas P. Riley
Attorney of Record for
G & G Closed Circuit Events, LLC