Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.[a]
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G&G Closed Circuit Events, LLC

## THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFRONIA

| G&G Closed Circuit Events, LLC, | CASE NO. 5:25-cv-01592-GW-JC |
|---|---|
| Plaintiff, | PROOF OF SERVICE RE: |
| vs. | RYAN EARL MOORE, individually and d/b/a Crowleys Tavern |
| Ryan Earl Moore, et al. | |
| Defendants. | |

Please see attached as Plaintiff's Exhibit A, a fully executed Proof of Service, regarding service of papers upon Defendant Ryan Earl Moore, individually and d/b/a Crowleys Tavern.


Date: August 15, 2025          /s/ Thomas P. Riley
                               LAW OFFICES OF THOMAS P. RILEY, P.C.
                               By: Thomas P. Riley
                               Attorneys for Plaintiff
                               G&G Closed Circuit Events, LLC

Proof of Service

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

**POS-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Thomas P. Riley, Esq. (SBN. 194706)<br>Law Offices of Thomas P. Riley, P.C.<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena, CA 91030-3227 | **FOR COURT USE ONLY** |

TELEPHONE NO.: (626) 799-9797          FAX NO. *(Optional):* (626) 799-9795
E-MAIL ADDRESS *(Optional):* TPRLAW@att.net
ATTORNEY FOR *(Name):* Plaintiff G & G Closed Circuit Events, LLC

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**
STREET ADDRESS: 3470 Twelfth Street
MAILING ADDRESS:
CITY AND ZIP CODE: Riverside, CA 92501
BRANCH NAME: Eastern Division

| | |
|---|---|
| PLAINTIFF/PETITIONER: G & G Closed Circuit Events, LLC<br>DEFENDANT/RESPONDENT: Ryan Earl Moore, et al. | CASE NUMBER:<br>5:25−cv−01592−GW (JCx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Crowleys Tavern Pizza & Brew |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:

   a. [x] Summons in a Civil Action

   b. [x] Complaint

   c. [ ] Alternative Dispute Resolution (ADR) package

   d. [x] Civil Cover Sheet

   e. [ ] cross-complaint

   f. [x] Other *(specify documents):*  Certification as to Interested Parties; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Standing Order re Final Pre-Trial Conferences for Civil Jury Trials Before Judge George H. Wu

3. a. Party served *(specify name of party as shown on documents served):*
   **Ryan Earl Moore, individually and d/b/a Crowleys Tavern**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served:
   **3812 Pierce Street, Suite M&N, Riverside, CA 92503**

5. I served the party *(check proper box)*

   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party   (1) on *(date):*                    (2) at *(time):*

   b. [x] **by substituted service.** On *(date):*  **07/30/2025**       at *(time):* **1:32 PM**   I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*
   **Dulce "DOE" (Hispanic, Female, 30yrs, 5'2", 145lbs, Long Black Hair, Brown Eyes) - Manager- Authorized to Accept**

   (1) [x] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) [x] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*              from *(city):*                **or** [x] a declaration of mailing is attached.

   (5) [x] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

**Page 1 of 2**

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010  [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10 |

4369293

POS-010

| | |
|---|---|
| PLAINTIFF/PETITIONER:  G & G Closed Circuit Events, LLC<br>DEFENDANT/RESPONDENT:  Ryan Earl Moore, et al. | CASE NUMBER:<br>5:25−cv−01592−GW (JCx) |

5.  c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1)  on *(date):*          (2)  from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6.  The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☒ as an individual defendant.

  b. ☐ as the person sued under the fictitious name of  *(specify):*

  c. ☐ as occupant.

  d. ☐ On behalf of *(specify):*

    under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7.  **Person who served papers**

  a.  Name:  Rigoberto Martinez for ProLegal

  b.  Address:  P.O. Box 54846 – Los Angeles, CA 90054

  c.  Telephone number: 888.722.6878

  d.  **The fee** for service was: $ 165.89

  e.  I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ a registered California process server:

      (i) ☐ owner    ☒ employee    ☐ independent contractor.

      (ii)  Registration No.: PS-002228

      (iii)  County: Riverside

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    **or**

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: July 31, 2025

Rigoberto Martinez
_____
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶ _____
(SIGNATURE)

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Thomas P. Riley, Esq. (SBN. 194706)<br>Law Offices of Thomas P. Riley, P.C.<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena, CA 91030-3227 | | |
| TELEPHONE NO: (626) 799-9797    FAX NO.: (626) 799-9795   EMAIL ADDRESS (Optional): TPRLAW@att.net | | |
| | Ref No. or File No.: | |
| ATTORNEY FOR (Name): Plaintiff G & G Closed Circuit Events, LLC | Crowleys Tavern Pizza & Brew | |

Insert name of Court, and Judicial District and Branch Court:

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

PLAINTIFF: G & G Closed Circuit Events, LLC

DEFENDANT: Ryan Earl Moore, et al.

| **DECLARATION**<br>**OF DUE DILIGENCE** | HEARING DATE: | TIME: | DEPT: | CASE NUMBER:<br>5:25-cv-01592-GW (JCx) |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on:
**Ryan Earl Moore, individually and d/b/a Crowleys Tavern**

Documents: Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification as to Interested Parties; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Standing Order re Final Pre-Trial Conferences for Civil Jury Trials Before Judge George H. Wu

| Date: | Time: | Results: |
|---|---|---|
| 07/18/2025 | 2:46 PM | I attempted service at the business. Per waitress, Ryan Moore is owner of Tavern but was not in and seldom at location. He is presently out on vacation and does not know when he will be back. Also, their manager is also vacation. Unable to serve. I will continue attempts.<br><br>3812 Pierce Street, Suite M&N, Riverside, CA 92503 |
| 07/21/2025 | 10:05 PM | I attempted service at the business. The business is closed. They open at 11am. Unable to serve. I will continue attempts.<br><br>3812 Pierce Street, Suite M&N, Riverside, CA 92503 |

Fee for service was: $165.89

County: Riverside

Registration: PS-002228

**ProLegal Reg#: 2017025418**

**P.O. Box 54846 - Los Angeles, CA 90054**

**888.722.6878**

**http://www.prolegalnetwork.com**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 07/31/2025.

Signature: _____

Rigoberto Martinez

**DECLARATION OF DUE DILIGENCE**

ProLegal Order #: 4369293

| ATTORNEY OR PARTY WITHOUT AN ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Thomas P. Riley, Esq. (SBN. 194706)<br>Law Offices of Thomas P. Riley, P.C.<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena, CA 91030-3227 | |

TELEPHONE NO.: (626) 799-9797   FAX NO.: (626) 799-9795   EMAIL ADDRESS (Optional): **TPRLAW@att.net**

Ref No. or File No.:
Crowleys Tavern Pizza & Brew

ATTORNEY FOR (Name): Plaintiff G & G Closed Circuit Events, LLC

Insert name of Court, and Judicial District and Branch Court:
**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**

PLAINTIFF: G & G Closed Circuit Events, LLC
DEFENDANT: Ryan Earl Moore, et al.

| **PROOF OF SERVICE BY MAIL** | HEARING DATE: | TIME: | DEPT: | CASE NUMBER:<br>5:25−cv−01592−GW (JCx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the: Summons in a Civil Action; Complaint; Civil Cover Sheet; Certification as to Interested Parties; Notice of Assignment to United States Judges; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Notice to Parties: Court Policy on Settlement and Use of Alternative Dispute Resolution (ADR); Standing Order re Final Pre-Trial Conferences for Civil Jury Trials Before Judge George H. Wu

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as  follows:

    a. Date of Mailing: 07/31/2025

    b. Place of Mailing: Los Angeles, CA

    c. Addressed as follows: Ryan Earl Moore, individually and d/b/a Crowleys Tavern

    3812 Pierce Street, Suite M&N
    Riverside, CA 92503

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business.

Fee for service was: $165.89

County:



Registration:

**ProLegal Reg#: 2017025418**

**P.O. Box 54846 - Los Angeles, CA 90054**

**888.722.6878**

**http://www.prolegalnetwork.com**

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 07/31/2025.

Signature: _____

Tifannie Delgadillo

**PROOF OF SERVICE BY MAIL**

ProLegal Order #: 4369293