# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| G AND G CLOSED CIRCUIT EVENTS, LLC | CASE NUMBER: |
| Plaintiff(s), | 5:25–cv–01592–GW–JC |
| v. | |
| RYAN EARL MOORE, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:    9/2/2025

Document No.:    13

Title of Document:    DEFENDANT CYH ENTERTAINMENTS NOTICE OF MOTION AND MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or untimely.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: September 3, 2025

By:  /s/ Alison Bandek  alison_bandek@cacd.uscourts.gov
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.