1
2
3
4
5
6
7
8  **UNITED STATES DISTRICT COURT**
9  **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12
13
14  G&G CLOSED CIRCUIT ) **Case No. EDCV 25-1592-GW-JCx**
15  EVENTS, LLC,, a California )
    Limited Liability Company; ) **ORDER ON DEFENDANT CYH**
16                              ) **ENTERTAINMENT'S NOTICE OF**
17           Plaintiff,          ) **MOTION AND MOTION TO EXTEND**
                                 ) **TIME FOR DEFENDANTS TO**
18       v.                      ) **RESPOND TO COMPLAINT**
19                              )
20  Ryan Earl Moore, individually )
    and d/b/a Crowleys Tavern and ) Complaint served:  August 10, 2025
21  CYH Entertainment, an unknown ) Current response date:  Sept. 2, 2025
22  business entity d/b/a Crowleys ) New response date requested:
    Tavern,                     ) October 2, 2025
23                              )
24           Defendants.        ) Hearing not requested.
                                )
25                              )
26
27  \\
28  \\

Before the Court is Defendant CYH Entertainment's Motion to extend Defendants' time to respond to the Complaint.

Having read and considered the Joint Motion and GOOD CAUSE APPEARING, the Motion is GRANTED. Defendant shall have up to and including October 2, 2025 to respond to the Complaint.

IT IS SO ORDERED.

Dated: September 2, 2025

_____
HON. GEORGE H. WU,
United States District Judge