UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | EDCV 25-1592-GW-JCx | Date | January 5, 2026 |
|---|---|---|---|
| Title | G & G Closed Circuit Events, LLC v. Ryan Earl Moore, et al. | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | ECRO / Court Smart | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Thomas P. Riley, by telephone | Gordon E. Gray |

**PROCEEDINGS:** **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS CYH ENTERTAINMENT AND RYAN EARL MOORE [25]**

Court and counsel confer. The Motion for Leave to Withdraw is DENIED without prejudice to be refiled with the corrections stated on the record.

:  02

Initials of Preparer  JG