MANDOUR & ASSOCIATES, APC
JOSEPH A. MANDOUR, III (SBN 188896)
Email: jmandour@mandourlaw.com
BEN T. LILA (SBN 246808)
Email: blila@mandourlaw.com
8605 Santa Monica Blvd., Suite 1500
Los Angeles, CA 90069
Telephone: (858) 487-9300
Attorney for Defendant,
CYH Entertainment and Ryan Earl Moore

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, a California Limited Liability Company;<br><br>Plaintiff,<br><br>v.<br><br>Ryan Earl Moore, individually and d/b/a Crowleys Tavern and CYH Entertainment, an unknown business entity d/b/a Crowleys Tavern,<br><br>Defendants. | **Case No. 5:25-cv-01592-GW-JC**<br><br>**PROOF OF SERVICE** |

\\
\\
\\
\\

## **CERTIFICATE OF SERVICE**

I hereby certify that on the below date, I served the following documents:

1. **CIVIL MINUTES – GENERAL (Dkt. No. 41)**

2. **Attorney Case File**

via email and U.S. Mail first class postage prepaid to:

Ryan Earl Moore
CYH Entertainment
11040 Fremont Street
Yucaipa, California 92399
Email: canyahang@gmail.com

Date: <u>February 25, 2026</u>

<u>      /s/ Ben T. Lila      </u>
Ben T. Lila