# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| G and G Closed Circuit Events, LLC | CASE NUMBER |
| Plaintiff(s) <br> v. <br><br> Ryan Earl Moore et al. <br><br> Defendant(s). | EDCV 25-1592-GW-AYPx <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

☒  The Court hereby orders that:

Ryan Earl Moore and CYH Entertainment    ☐Plaintiff ☒Defendant ☐Other _____
Name of Party

is substituted

☐ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☒Pro Per

11040 Fremont Street
Street Address

Yucaipa, California 92399                    canyahang@gmail.com
City, State, Zip                                  E-Mail Address

(951) 312-5094          n/a                        n/a
Telephone Number       Fax Number               State Bar Number

as attorney of record instead of        Joseph A. Mandour and Ben T. Lila
List **all** attorneys from same firm or agency who are withdrawing.

of Mandour & Associates, APC

☒  The Court hereby orders that the request of:    Joseph A. Mandour and Ben T. Lila
List **all** attorneys from same firm or agency who are withdrawing.

of Mandour & Associates, APC

to withdraw as attorney of record for       Ryan Earl Moore and CYH Entertainment

**Is hereby ☒ GRANTED  ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **April 17, 2026**

_George H. Wu_
HON. GEORGE H. WU, U.S. District Judge